BLYTHE MICKELSON, Bar No. 095506
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bmickelson@unioncounsel.net
            ecarder@unioncounsel.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>MARKO VLADISLAVICH; MARKO VLADISLAVICH, individually and doing business as ADVANCED INSTALLATION; and ADVANCED INSTALLATION,<br><br>Defendants. | No. 15-CV-01142 (LB)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. 15-CV-01142 (LB)

The parties to the above-captioned action hereby stipulate and agree as follows:

1. Plaintiffs The Board of Trustees of the Carpenters Pension Trust Fund for Northern California Plaintiffs (hereinafter "Pension Fund" or "Plaintiff"), brought the above-captioned action against Defendants Marko Vladislavich; Marko Vladislavich, individually and doing business as Advanced Installation; and Advanced Installation (hereinafter referred to as "Defendants").  The Pension Fund sought payment of withdrawal liability assessed pursuant to the Employee Retirement Income Security Act, as amended ("ERISA"), liquidated damages, and interest.  Plaintiff is also seeking all attorneys' fees, costs, and other reasonable expenses incurred in connection with this action.  Defendants deny all liability.

2. At the mediation session conducted on September 4, 2015, held pursuant to the United States District Court for the Northern District's ADR Program, the parties reached a settlement of this matter.  The parties' agreement was set forth in that certain Memorandum of Understanding ("MOU"), which was executed by the parties at the mediation session.

3. Pursuant to the terms of the MOU, judgment shall be entered against Defendants Marko Vladislavich, Marko Vladislavich, individually and doing business as Advanced Installation, and Advanced Installation in the amount of **$350,000.00** ("Judgment Amount").  Interest on the judgment shall continue to accrue at the rate of five percent (5%) simple annual interest until paid.

4. Marko Vladislavich, and his wife, Zelka Vladislavich, hereby stipulate and agree to secure the obligation to pay the Judgment Amount by transferring a security interest in certain real property owned by them.  Performance of their obligations under this Stipulation for Entry of Judgment is secured by that certain Short Form Deed of Trust and Assignment of Rents (hereinafter referred to as the "Deed of Trust"), creating a lien in favor of Pension Fund upon the real property located in the City of Watsonville, County of Santa Cruz, California, more commonly known as 321 Old Chittenden Road, Watsonville, California 95706 ("Santa Cruz Property"), as such property is particularly described in said Deed of Trust, to be recorded in the office of the Recorder of Santa Cruz County, California.  The Trust Fund will have a security

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. 15-CV-01142 (LB)

interest in the Santa Cruz Property in the amount of $350,000.00, plus interest at the rate of five percent (5%) simple annual interest.

5. Plaintiff agrees that it will not foreclose on the Deed of Trust or the Judgment until the earlier of both Marko Vladislavich and Zelka Vladislavich passing away or the transfer of the Santa Cruz Property, through sale or other means.  Notwithstanding the forgoing sentence, nothing in this Stipulation for Entry of Judgment shall prevent the Plaintiffs from recording an Abstract of Judgment once the Stipulation for Entry of Judgment has been entered by the Court.

6. Defendants may prepay the Judgment Amount plus any accrued interest at any time, in whole or in part, without premium or penalty.

7. If Plaintiff consults legal counsel with respect to the enforcement of this Judgment, there shall be added to Defendants' obligation under a modification to this Stipulation for Entry of Judgment reasonable attorneys' fees, court costs and all other reasonable expenses incurred by Plaintiff in connection with such suit or claim, including any and all appellate proceedings therein.

8. This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which constitute the same instrument.

9. All parties represent and warrant that they have had the opportunity to be or have been represented by counsel of their own choosing in connection with entering this Stipulation under the terms and conditions set forth herein, and that they enter into this Stipulation voluntarily and without duress.

Dated:  November 23, 2015     CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA

*/S/ RUSS FAIRLES*
By:   RUSS FAIRLES
Its:   Deputy Administrator

Dated:  December 14, 2015     MARKO VLADISLAVICH, Individually and on behalf of ADVANCED INSTALLATION

/s/ *MARKO VLADISLAVICH*
MARKO VLADISLAVICH

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. 15-CV-01142 (LB)

1  Approved as to Form:

2  Dated:  December 14, 2015               SWEENEY, MASON, WILSON &
                                           BOSOMWORTH

3

4                                 By:      /S/ *ROGER M. MASON*
                                           ROGER M. MASON, ESQ.
                                           Attorneys for Defendants

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

STIPULATION FOR ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER AND JUDGMENT
Case No. 15-CV-01142 (LB)

1  **[PROPOSED] ORDER AND JUDGMENT**

2  It is so ordered that Judgment is entered against MARKO VLADISLAVICH; MARKO

3  VLADISLAVICH, Individually and doing business as ADVANCED INSTALLATION; and

4  ADVANCED INSTALLATION, as set forth in the Stipulation for Entry of Judgment.  In

5  addition, the Court orders:

6  Dated: December 15, 2015

7  HONORABLE LAUREL BEELER
   UNITED STATES MAGISTRATE JUDGE

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER AND JUDGMENT
Case No. 15-CV-01142 (LB)